IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHRISTIN MURPHREE**                                        **PLAINTIFF**

**V.**                    **CIVIL ACTION NO.: 4:24-cv-00045-GHD-JMV**

**ROSE'S STORES, INC.;**
**VARIETY STORES, LLC;**
**AND JOHN DOES 1-10**                                    **DEFENDANTS**

### AGREED ORDER SUBSTITUTING PROPER PARTY IN INTEREST AND AMENDING THE CAPTION OF THIS MATTER

**THIS MATTER** having come before the Court upon the agreed motion *ore tenus* of the parties to substitute the proper entity as the correct defendant in this action and to amend the caption and docket to reflect the same, and the parties having executed this Order to signify their agreement thereof, the Court finds that the motion is well-founded and should be, and hereby is, **GRANTED.**

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the proper party to be substituted in this action shall be **VARIETY WHOLESALERS, INC.** and that Rose's Stores, Inc. and Variety Stores, LLC are hereby dismissed, without prejudice, from this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Answer and Affirmative Defenses to Plaintiff's Amended Complaint filed by Roses Stores, Inc. and Variety Stores, LLC (Doc. 6) will be treated as Variety Wholesalers, Inc.'s Answer and Affirmative Defenses to Plaintiff's Amended Complaint and that Variety Wholesalers, Inc. is not required to further respond to Plaintiff's Amended Complaint.

**IT IS FURTHER ORDERED AND ADJUDGED** that the clerk shall make all necessary changes on the docket to reflect the substitution of **VARIETY WHOLESALERS, INC.** as the

proper party in interest and to amend the caption to reflect the following style of the case: *Christin Murphree v. Variety Wholesalers, Inc. and John Does 1-10.*

**SO ORDERED AND ADJUDGED**, this the 14th day of May, 2024.

*[signature]*
**SENIOR U.S. DISTRICT JUDGE**

**Agreed By:**

*s/ Harry M. McCumber*
Harry M. McCumber (MSB #10632)
Morgan & Morgan, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211

**ATTORNEY FOR PLAINTIFF**

*s/ Clint D. Vanderver*
Clint D. Vanderver (MSB #101997)
Wells Marble & Hurst, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131

**ATTORNEY FOR DEFENDANTS**