## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**CHRISTIN MURPHREE**                                               **PLAINTIFF**

**V.**                         **CIVIL ACTION NO. 4:24-cv-00045-GHD-JMV**

**VARIETY WHOLESALERS, INC.**
**AND JOHN DOES 1-10**                                      **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing on the motion *ore tenus* of the Plaintiff to dismiss, with prejudice, her claims and causes of action against the Defendant, and the Court, being advised that all claims and causes of action asserted by the Plaintiff against the Defendant have been compromised and settled to the satisfaction of the parties herewith and that there remain no issues to be adjudicated or determined by the Court, is of the opinion that said motion is well-taken, that said motion is hereby granted, and that the claims and causes of action of the Plaintiff against the Defendant should be dismissed with prejudice in their entirety.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims and causes of action against the Defendant and this lawsuit are hereby dismissed with prejudice with the parties to bear their own respective costs.

SO ORDERED, this the 27 day of July, 2026.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED TO BY:


*s/ Harry M. McCumber*
Harry M. McCumber (MSB #10632)
MORGAN & MORGAN, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Telephone: (601) 718-0921
Facsimile: (601) 503-1650
hmccumber@forthepeople.com
*Attorney for Plaintiff Christin Murphree*


*s/ Clint D. Vanderver*
Clint D. Vanderver (MSB #101997)
WELLS MARBLE & HURST, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
cvanderver@wellsmarble.com
*Attorney for Defendant Variety Wholesalers, Inc.*

/298058